1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT M. BENSON,                          No. 2:01-cv-1623-MCE-CMK-P

12              Petitioner,

13        v.                                     ORDER

14   CHERYL PLILER, et al.,

15              Respondents.

16   _____/

17        Petitioner, a state prisoner proceeding pro se, brings this Petition for a Writ of Habeas

18   Corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to Eastern District of California local rules.

20        On August 30, 2006, the magistrate judge filed Findings and Recommendations herein

21   which were served on Petitioner and which contained notice to Petitioner that any objections to

22   the Findings and Recommendations were to be filed within ten days.  Petitioner has filed

23   Objections to the Findings and Recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,

25   this Court has conducted a de novo review of this case.

26   ///

                                           1

Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations filed August 30, 2006, are adopted in full;

2.      Petitioner's Petition for a Writ of Habeas Corpus is denied; and

3.      The Clerk of the Court is directed to enter judgment and close this file.

DATED: November 20, 2006

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2