IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. BENSON, | No. 2:01-cv-1623-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| CHERYL PLILER, et al., | |
| Respondents. | |
| _____ / | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for a certificate of appealability (Doc. 49), filed on December 4, 2006.

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's November 20, 2006, denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

///

1  The court must either issue a certificate of appealability indicating which issues satisfy the
2  required showing or must state the reasons why such a certificate should not issue.  <u>See</u> Fed. R.
3  App. P. 22(b).  For the reasons set forth in the magistrate judge's August 30, 2006, findings and
4  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
5  right.
6      Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of
7  appealability is denied.
8  Dated:  January 26, 2007

10      MORRISON C. ENGLAND, JR.
      UNITED STATES DISTRICT JUDGE